March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

GEORGE W. ADAMS, JR.                    Defendant(s).

----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

_____-CR-_____(___) (___)

Defendant __GEORGE W. ADAMS, JR.__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

__X__ Initial Appearance/Appointment of Counsel

____ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

____ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**George Adams**
Print Defendant's Name

*Amy Lester*  (Digitally signed by Amy Lester, Date: 2020.11.02 10:20:53 -05'00')
_____
Defense Counsel's Signature

**Amy Lester**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

11/4/2020
_____
Date

*[signature]*
_____
U.S. Magistrate Judge